**A. J. ARANGO, INC., Appellant,**

v.

**The UNITED STATES, Appellee.**

**No. 81–22.**

United States Court of Customs and Patent Appeals.

Feb. 18, 1982.

---

Herbert T. Posner, New York City, for appellant.

J. Paul McGrath, Asst. Atty. Gen., Washington, D.C., David M. Cohen, Director, Joseph I. Liebman, Atty.-in-charge, and Susan Handler-Menahem, New York City, for appellee.

Before MARKEY, Chief Judge, and RICH, BALDWIN, MILLER and NIES, Judges.

PER CURIAM.

This appeal is from the judgment of the United States Court of International Trade, 1 C.I.T. ——, 517 F.Supp. 698 (1981), dismissing appellant's complaint that certain torsionally soft couplings, classified as shaft couplings under item 680.50, Tariff Schedules of the United States (TSUS), should be classified as parts of internal combustion engines under item 660.54, TSUS. After careful consideration of appellant's arguments, we are in full agreement with the reasoning of the opinion of the Court of International Trade, and, accordingly, the judgment is *affirmed.*